

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2014

No. 04-14-00574-CV

**NOVADAQ TECHNOLOGIES, INC.** and Novadaq Corp.,
Appellants

v.

**LIFECELL CORPORATION**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10718
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

This is an accelerated appeal. The trial court clerk has filed a notification of late record, stating that the appellants have failed to pay or make arrangements to pay the fee for preparing the clerk's record and that the appellants are not entitled to appeal without paying the fee.

We, therefore, ORDER appellants to provide written proof to this court within ten days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellants are entitled to appeal without paying the clerk's fee. If appellants fail to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court